# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROYSHANA BETHUNE                                    PLAINTIFF

v.                  CASE NO: 5:18-CV-00138 BSM

CITY OF PINE BLUFF                                DEFENDANT

## JUDGMENT

Pursuant to the verdict returned by the jury on August 6, 2019, following two days of trial, judgment is entered in favor of defendant City of Pine Bluff and against plaintiff Royshana Bethune, on all claims, and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 12th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE